UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JUAN HERNANDEZ-TORRES, *a/k/a Viejo*,

                            Defendant.

------------------------------------ x

ORDER

15 Crim. 401-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's counsel having failed to appear at today's sentencing, sentencing is adjourned to January 29, 2020 at 10:00 am. Defendant's counsel is expected to appear at this time, prepared to fully move forward with sentencing.

Dated: New York, New York
       January 22, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge