UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

-against-

JUAN HERNANDEZ-TORRES,

                       Defendant.
------------------------------------x

ORDER

15 Crim. 401-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 8, 2020 conference is adjourned to June 10, 2020 at 10:00 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge