**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JUAN HERNANDEZ-TORRES,

                    Defendant.

------------------------------------- x

ORDER

15 Crim. 401-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from June 10, 2020 to August 12, 2020 at 10:30 am.

Dated: New York, New York
       June 3, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge