**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

JUAN HERNANDEZ-TORRES,

                                 Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 0 2020

ORDER

15 Crim. 401-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from August 12, 2020 to September 23, 2020 at 11:00 a.m.

Dated: New York, New York
       August 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge