UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                          ORDER

JUAN HERNANDEZ-TORRES,                15 Crim. 401-1 (GBD)

                             Defendant.

------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from September 23, 2020 to November 19, 2020 at 10:00 a.m.

Dated: New York, New York
       September 23, 2020

                                                     SO ORDERED.

                                                     GEORGE B. DANIELS
                                                     United States District Judge