UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JUAN HERNANDEZ-TORRES,

                            Defendant.

------------------------------------x

ORDER

15 Crim. 401-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from November 19, 2020 to January 6, 2021 at 9:30 a.m. No further adjournments will be granted. Defendant shall be prepared to surrender to the U.S. Marshals Service on January 6.

Dated: New York, New York
       November 19, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge