UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-    ORDER

JUAN HERNANDEZ-TORRES,    15 Crim. 401-01 (GBD)

                     Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The C.J.A. attorney assigned to receive cases on February 15, 2024, Richard Palma, is hereby ORDERED to assume representation of Defendant in this matter.

Dated: New York, New York
       February 1, 2024

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE