UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

JUAN HERNANDEZ-TORRES,

              Defendant.

------------------------------------x

ORDER

15-cr-401 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for January 15, 2025 is hereby canceled.

Dated: January 14, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge